# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRONEZ, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-01629-WMW PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 8) |

Plaintiff Anthony Gaston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is in the custody of the California Department of Corrections and Rehabilitation and is incarcerated at Kern Valley State Prison in Delano, California ("KVSP"). Plaintiff is suing under section 1983 for the violation of his rights under the Eighth Amendment and the Americans with Disabilities Act ("ADA"). Plaintiff names Terronez, a medical technical assistant ("MTA") at KVSP, as defendant.

Plaintiff filed the Original Complaint in this action on October 27, 2008. (Doc. #1.) The court screened Plaintiff's Original Complaint on April 6, 2009 and ordered Plaintiff either to file an amended complaint or notify the court of his willingness to proceed only on claims found to be cognizable. (Doc. #7.) Plaintiff filed his First Amended Complaint on May 4, 2009. (Doc. #8.) This action proceeds on Plaintiff's First Amended Complaint.

The court has screened Plaintiff's First Amended Complaint pursuant 28 U.S.C. § 1915A and finds that it states cognizable claims against Defendant Terronez for violating the Eighth Amendment and the ADA. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S. Ct. 2197, 2200 (2007);

1

Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    TERRONEZ

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed May 4, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed complaint filed May 4, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 8, 2009**              /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE