# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | CASE NO. 1:08-cv-01629-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 24, 28) |
| TERRONEZ, et al., | |
| Defendants. | |

Plaintiff Anthony Gaston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are two motions from Plaintiff. Plaintiff and Defendant have consented to jurisdiction by U.S. Magistrate Judge. (Docs. #5, 16.)

On June 4, 2010, Plaintiff filed a request for early settlement of this action. (Doc. #24.) Plaintiff is advised that settlement must be voluntarily reached by both sides in this litigation. Plaintiff cannot unilaterally receive a settlement by requesting it through the Court. Plaintiff must negotiate a settlement with Defendant. Accordingly, Plaintiff's request for settlement will be denied.

On August 17, 2010, Plaintiff filed a motion for summary judgment. (Doc. #28.) On September 3, 2010, Defendant filed an opposition to Plaintiff's motion for summary judgment arguing that the motion was premature. The Court agrees.

Plaintiff's motion was filed before the Court issued a discovery and scheduling order. The facts that Plaintiff contends are undisputed are clearly disputed based on the allegations in Defendant's answer. Plaintiff argues that the facts are undisputed because at the time the motion was

1 filed, Defendant's failed to file a responsive pleading and the deadline for filing a responsive
2 pleading had passed.  However, a motion for summary judgment under Rule 56 is not the proper
3 procedure for obtaining judgment against a defaulting party.  Accordingly, Plaintiff's motion for
4 summary judgment will be denied.

        Based on the foregoing, it is HEREBY ORDERED that:

        1.     Plaintiff's motion for settlement is DENIED; and

        2.     Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

**Dated:**   **February 23, 2011**                            **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE