IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRONEZ,<br><br>    Defendant. | 1:08-cv-01629-GSA-PC<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br>(Doc. 53.)<br><br>THIRTY DAY DEADLINE |

**I.  BACKGROUND**

Anthony Gaston ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of a Magistrate Judge under 28 U.S.C. §636(c)(1), and therefore the undersigned shall conduct all further proceedings in this case, including trial and entry of final judgment. (Docs. 5, 16.)

On February 28, 2012, the Court issued an order requiring the parties to file status reports within sixty days. (Doc. 53.) The sixty day period has now expired, and Plaintiff has not filed a status report or otherwise responded to the court's order.

The court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on the plaintiff's failure to comply with a court order. Local Rule 110.

1

## II. ORDER TO SHOW CAUSE

Plaintiff is required to show cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of February 28, 2012; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: **May 21, 2012**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE