UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>          Plaintiff,<br><br>    vs.<br><br>L. TERRONEZ,<br><br>          Defendant. | 1:08-cv-01629-GSA-PC<br>Appeal case no. 13-17551<br><br>ORDER RE PLAINTIFF'S MOTION<br>TO PROCEED IN FORMA PAUPERIS<br>ON APPEAL<br>(Doc. 73.) |

      Anthony Gaston ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

      On October 30, 2013, Defendant's motion for summary judgment was granted, and judgment was entered in favor of Defendant, closing this case. (Docs. 69, 70.) On December 2, 2013, Plaintiff filed a notice of appeal to the Ninth Circuit court of appeals, together with a motion for leave to proceed in forma pauperis on appeal. (Docs. 72, 73.)

      Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization. Fed. R. App. P. 249(a)(3). In this case, Plaintiff's application to proceed in forma pauperis in the district court action was granted on October 29, 2008. (Doc. 4.)

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is authorized to proceed in forma pauperis on appeal; and
2. The Clerk is directed to serve a copy of this order on the Ninth Circuit court of appeals.

IT IS SO ORDERED.

Dated: **December 16, 2013**         **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE